Argued July 26, affirmed July 26, petition for rehearing denied
August 23, petition for review denied October 23, 1973

STATE OF OREGON, *Respondent, v.* LAWRENCE
CHARLES YOUNG (No. C 72-10-3279 Cr),
*Appellant.*

511 P2d 1263

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort,
Judges.

Affirmed from the bench.